U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

JUL 15 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Vidrine | Civil Action No. 6:12-cv-02111 |
| versus | Judge Richard T. Haik, Sr. |
| St Landry Parish Fire Protection District No. 3 | Magistrate Judge C. Michael Hill |

## ORDER

Before the Court is a Motion in Limine To Exclude Evidence Of The Financial Impact Of A Damages Award filed by Plaintiff, John C. Vidrine, [Rec. Doc. 53] and Defendant's Opposition thereto [Rec. Doc. 62]. Plaintiff contends that the Court should bar Defendant from "referencing or mentioning, in testimony, statements, documents, or argument, any impact that a damage award, including a back pay award, would have on the operations of finances of the St. Landry Parish Fire Protection District No. 3" (the "Fire District"). Defendant contends that it does not intend to introduce any evidence of the financial impact of the judgment on the operations of the Fire District, but that plaintiff's motion should not be construed to bar Defendant from discussing the fact that the Fire District is a "public entity and subdivision of the state" or that Property Insurance Association of Louisiana ("PIAL") ratings assigned to fire districts are communicated to insurance companies and are used to set insurance premiums.

It is axiomatic that appeals to jurors' pecuniary interests as taxpayers is improper and plaintiff's motion will be granted. *See e.g., Moore ex rel. Estate of Grady v. Tuelja*, 546 F.3d 423, 429 (7th Cir.2008). While Defendant will not be barred from discussing

the fact that the Fire District is a "public entity and subdivision of the state" or discussion about PIAL, in general, as it applies to this case. However, any discussion or testimony as to the affect of PIAL ratings on the premiums for fire insurance policies, homeowner's policies, and/or commercial policies is barred. Accordingly,

**IT IS ORDERED** that the Motion in Limine To Exclude Evidence Of The Financial Impact Of A Damages Award filed by Plaintiff, John C. Vidrine, [Rec. Doc. 53] is **GRANTED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 11th day of July, 2014.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE